*Albert Zakarian, Daniel A. Schwartz* and *Meredith G. Diette*, in support of the petition.

Decided December 4, 2002

COMMISSIONER OF LABOR *v.* C.J.M.
SERVICES, INC., ET AL.

The Supreme Court docket number is SC 16880.

*Steven B. Kaplan*, in support of the petition.

*Judith A. Brown*, assistant attorney general, in opposition.

Decided December 4, 2002

CHESTER LISIEWSKI *v.* JOHN A. SEIDEL ET AL.

*Beth A. Steele*, in support of the petition.

*Ernest J. Cotnoir*, in opposition.

Decided December 13, 2002

CHESTER LISIEWSKI *v.* JOHN A. SEIDEL ET AL.

*Ernest J. Cotnoir*, in support of the petition.

*Beth A. Steele*, in opposition.

Decided December 13, 2002

JOHNSON ELECTRIC COMPANY, INC. *v.* SALCE
CONTRACTING ASSOCIATES, INC.

*Paul A. Sobel*, in support of the petition.

*Maximino Medina, Jr.*, and *Anthony R. Minchella*,
in opposition.

Decided December 13, 2002

DOCTOR'S ASSOCIATES, INC. *v.*
DANIEL KEATING ET AL.